6749. GEORGIA HOTEL COMPANY *v.* CORRUGATED BAR COMPANY.

WADE, C. J. Considering the charge of the court as a whole, in the light of the evidence, there is no substantial merit in either of the two special grounds of the motion for a new trial; and since there was testimony to sustain the verdict, the court did not err in overruling the motion for a new trial. *Judgment affirmed.*

DECIDED JULY 19, 1916.

Action for damages; from city court of Savannah—Judge Davis Freeman.   June 12, 1915.

*Oliver & Oliver*, for plaintiff in error.   *Fred T. Saussy*, contra.